UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DELTA AIR LINES, INC., a foreign corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　　Defendant. | No. 2:24-cv-00954<br><br>PLAINTIFF'S JURY DEMAND |

　　　Pursuant to Fed. R. Civ. P. 38, the Plaintiff, Brian Davis, hereby requests a trial by jury.

DATED this 28th day of June, 2024.

　　　　　　　　　　　　RESPECTFULLY SUBMITTED:

　　　　　　　　　　　　EMERY | REDDY, PLLC


　　　　　　　　　　　　By: */s/ Timothy W. Emery*
　　　　　　　　　　　　By: */s/ Patrick B. Reddy*
　　　　　　　　　　　　By: */s/ Paul Cipriani*

PLAINTIFF'S JURY DEMAND –
2:24-cv-00954

PAGE 1 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Emery Reddy, PLLC
600 Stewart St., Suite 1100
Seattle, WA 98101
Telephone: 206-442-9106
Email: emeryt@emeryreddy.com
      reddyp@emeryreddy.com
      paul@emeryreddy.com

*Attorneys for Plaintiff*

PLAINTIFF'S JURY DEMAND –
2:24-cv-00954

PAGE 2 OF 3

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following CM/ECF participants:

Damon C. Elder, WSBA #46754
Claire M. Lesikar, WSBA #60406
Morgan, Lewis & Bockius LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Email: damon.elder@morganlewis.com
Email: claire.lesikar@morganlewis.com

Dated this 28th day of June, 2024, at Seattle, Washington.

*/s/ Jennifer Chong*
Jennifer Chong, Legal Assistant
jennifer@emeryreddy.com

PLAINTIFF'S JURY DEMAND –
2:24-cv-00954                    PAGE 3 OF 3

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711