UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN DAVIS,<br>    Plaintiff,<br> v.<br><br>DELTA AIR LINES INC,<br>    Defendant. | CASE NO. C24-0954-KKE<br><br>ORDER GRANTING STIPULATION |

This matter comes before the Court on the Parties' stipulation to extend the deadlines to respond to the complaint and to file a motion to remand by three weeks. Dkt. No. 5. The Court GRANTS the stipulation and ORDERS the new deadlines are as follows:

- Defendant's Deadline to File Responsive Pleading: July 26, 2024
- Plaintiff's Deadline to File Motion to Remand: August 28, 2024

Dated this 3rd day of July, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION - 1