The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRIAN DAVIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>DELTA AIRLINES, INC., a foreign corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>        Defendants. | No. 2:24-cv-00954-KKE<br><br>**PLAINTIFF BRIAN DAVIS' AND DEFENDANT DELTA AIR LINES, INC.'S JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Brian Davis and Defendant Delta Air Lines, Inc. hereby stipulate and agree to extend the following deadlines by 30 days:

| | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Deadline to Response to Defendant's Motion to Dismiss | August 16, 2024 | September 16, 2024 |
| Defendant's Deadline to Response to Plaintiff's Motion to Remand | August 28, 2024 | September 27, 2024 |
| Defendant's Deadline to File a Reply in Support of Defendant's Motion to Dismiss | August 23, 2024 | September 23, 2024 |
| Plaintiff's Deadline to File a Reply in Support of Plaintiff's Motion to Remand | September 4, 2024 | October 4, 2024 |

JOINT STIPULATION RE CASE DEADLINES - 1

No. 2:24-cv-00954-KKE

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

These extensions will not affect any other deadlines in this case. This stipulation and order shall not operate as any admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

*IT IS SO STIPULATED*

Dated this 7th day of August, 2024.

| | |
|---|---|
| **EMERY \| REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Timothy W. Emery*<br>By: *s/ Patrick B. Reddy*<br>By: *s/ Paul Cipriani*<br>Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Cipriani, WSBA No. 59991<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Phone: (206) 442-9106<br>Email: emeryt@emeryreddy.com<br>        reddyp@emeryreddy.com<br>        paul@emeryreddy.com<br><br>*Attorneys for Plaintiff* | By: *s/ Damon C. Elder*<br>By: *s/ Claire M. Lesikar*<br>Damon C. Elder, WSBA No. 46754<br>Claire M. Lesikar, WSBA No. 60406<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: damon.elder@morganlewis.com<br>        claire.lesikar@morganlewis.com<br><br>*Attorneys for Defendants* |

JOINT STIPULATION RE CASE DEADLINES - 2

No. 2:24-cv-00954-KKE

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: August 7, 2024.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
By: *s/ Claire M. Lesikar*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
         claire.lesikar@morganlewis.com

*Attorneys for Defendants*

**EMERY | REDDY, PLLC**

By: *s/ Timothy W. Emery*
By: *s/ Patrick B. Reddy*
By: *s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
         reddyp@emeryreddy.com
         paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION RE CASE DEADLINES - 3

No. 2:24-cv-00954-KKE

**EMERY | REDDY, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711