THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DELTA AIR LINES, INC., a foreign corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　　　　　Defendant. | No. 2:24-cv-00954-KKE<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S MOTION TO REMAND** |

　　　　Plaintiff Brian Davis and Defendant Delta Air Lines, Inc. hereby stipulate and agree to extend the following deadlines:

| | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Deadline to Response to Defendant's Motion to Dismiss | September 16, 2024 | November 25, 2024 |
| Defendant's Deadline to Response to Plaintiff's Motion to Remand | September 27, 2024 | December 6, 2024 |
| Defendant's Deadline to File a Reply in Support of Defendant's Motion to Dismiss | September 23, 2024 | December 9, 2024 |
| Plaintiff's Deadline to File a Reply in Support of Plaintiff's Motion to Remand | October 4, 2024 | December 20, 2024 |

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES - 2:24-cv-00954

PAGE 1 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

These extensions will not affect any other deadlines in this case. This stipulation and order shall not operate as any admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

IT IS SO STIPULATED

Dated this 13th day of September, 2024.

| EMERY | REDDY, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|

By: *s/ Timothy W. Emery*
By: *s/ Patrick B. Reddy*
By: *s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
          reddyp@emeryreddy.com
          paul@emeryreddy.com

*Attorneys for Plaintiff*

By: *s/ Damon C. Elder*
By: *s/ Claire M. Lesikar*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
          claire.lesikar@morganlewis.com

*Attorneys for Defendants*

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES - 2:24-cv-00954

PAGE 2 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

# ORDER

IT IS SO ORDERED.

The Clerk is instructed to re-note Defendant's Motion to Dismiss (Dkt. No. 9) for December 9, 2024, and to re-note Plaintiff's Motion to Remand (Dkt. No. 10) for December 20, 2024.

DATED: September 16, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
By: *s/ Claire M. Lesikar*
Damon C. Elder, WSBA No. 46754
Claire M. Lesikar, WSBA No. 60406
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
       claire.lesikar@morganlewis.com

*Attorneys for Defendants*

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES - 2:24-cv-00954

PAGE 3 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711

EMERY | REDDY, PLLC

By: *s/ Timothy W. Emery*
By: *s/ Patrick B. Reddy*
By: *s/ Paul Cipriani*
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
   reddyp@emeryreddy.com
   paul@emeryreddy.com

*Attorneys for Plaintiff*

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES - 2:24-cv-00954

PAGE 4 OF 4

EMERY | REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
PHONE: (206) 442-9106 • FAX: (206) 441-9711