THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN DAVIS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>  v.<br><br>DELTA AIR LINES, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>                              Defendants. | Case No. 2:24-cv-00954-KKE<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE**<br><br>NOTED ON MOTION CALENDAR:<br>October 7, 2025 |

Plaintiff Brian Davis ("Plaintiff") and Defendant Delta Air Lines, Inc. ("Defendant") (together, "Parties"), by and through their counsel, hereby stipulate and agree that the case briefing schedule shall be amended as follows:

1. On October 3, 2025, the Parties entered a Joint Status Report and Proposed Order to Continue Trial Date and Case Deadlines. (Dkt. No. 19.) In the Joint Status Report, the Parties sought a specific briefing schedule related to upcoming motions practice. However, the proposed order submitted to the Court erroneously misstated the parties' agreed-upon briefing schedule.

2. On October 6, 2025, the Court entered the Parties' proposed order. (Dkt. No. 20.)

3. The Parties request that the briefing schedule be altered to match the briefing schedule included in the Joint Status Report.

STIPULATION AND ORDER TO AMEND
BRIEFING SCHEDULE - 1
(Case No. 2:24-cv-00954-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

4. Specifically, the Parties request that in the event Defendant files a new motion to dismiss, Plaintiff's response is due on or before December 5, 2025, and Defendant's reply is due on or before December 19, 2025.

5. And the Parties request that after Plaintiff files a new motion to remand on or before November 7, 2025, Defendant's response will be due on or before December 5, 2025, and Plaintiff's reply due on or before December 19, 2025.

IT IS SO STIPULATED.

Dated this 7th day of October, 2025.

| EMERY | REDDY, PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *s/ Paul Cipriani* | By: *s/ Andrea Delgadillo Ostrovsky* |
| Timothy W. Emery, WSBA No. 34078 | Andrea Delgadillo Ostrovsky, WSBA No. 37749 |
| Patrick B. Reddy, WSBA No. 34092 | Damon C. Elder, WSBA No. 46754 |
| Paul Cipriani, WSBA No. 59991 | Claire M. Lesikar, WSBA No. 60406 |
| 600 Stewart Street, Suite 1100 | 1301 Second Avenue, Suite 3000 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Phone: (206) 442-9106 | Phone: (206) 274-6400 |
| Fax: (206) 441-9711 | Fax: (206) 274-6401 |
| Email: emeryt@emeryreddy.com | Email: damon.elder@morganlewis.com |
|        reddyp@emeryreddy.com |        andrea.ostrovsky@morganlewis.com |
|        paul@emeryreddy.com |        claire.lesikar@morganlewis.com |
| *Attorneys for Plaintiff Brian Davis* | *Attorneys for Defendant Delta Air Lines, Inc.* |

STIPULATION AND ORDER TO AMEND
BRIEFING SCHEDULE - 2
(Case No. 2:24-cv-00954-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

Pursuant to the Parties' stipulation, it is hereby ORDERED that:

Defendant will file an answer or otherwise respond to the complaint on or before November 7, 2025. In the event Defendant files a new motion to dismiss, Plaintiff's response is due on or before December 5, 2025, and Defendant's reply is due on or before December 19, 2025.

Plaintiff will file a new motion to remand on or before November 7, 2025. In the event Plaintiff files a new motion to remand, Defendant's response is due on or before December 5, 2025, and Plaintiff's reply due on or before December 19, 2025.

The briefing schedules for both motions set forth in the Court's prior order (Dkt. No. 20) are VACATED.

IT IS SO ORDERED this 9th day of October, 2025.

*[signature: Kymberly K. Evanson]*

Kymberly K. Evanson
United States District Judge

*Presented by:*

| **EMERY | REDDY, PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Paul Cipriani* | By: *s/ Andrea Delgadillo Ostrovsky* |
| Timothy W. Emery, WSBA No. 34078 | Andrea Delgadillo Ostrovsky, WSBA No. 37749 |
| Patrick B. Reddy, WSBA No. 34092 | Damon C. Elder, WSBA No. 46754 |
| Paul Cipriani, WSBA No. 59991 | Claire M. Lesikar, WSBA No. 60406 |
| 600 Stewart Street, Suite 1100 | 1301 Second Avenue, Suite 3000 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| Phone: (206) 442-9106 | Phone: (206) 274-6400 |
| Fax: (206) 441-9711 | Fax: (206) 274-6401 |
| Email: emeryt@emeryreddy.com | Email: damon.elder@morganlewis.com |
| reddyp@emeryreddy.com | andrea.ostrovsky@morganlewis.com |
| paul@emeryreddy.com | claire.lesikar@morganlewis.com |
| *Attorneys for Plaintiff Brian Davis* | *Attorneys for Defendant Delta Air Lines, Inc.* |

STIPULATION AND ORDER TO AMEND
BRIEFING SCHEDULE - 3
(Case No. 2:24-cv-00954-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401